## William GREEN v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. June 10, 1926.)

No. 4567.

In Error to the District Court of the United States for the Western Division of the Northern District of Ohio; John M. Killits, Judge.

Before DENISON, DONAHUE, and MOORMAN, Circuit Judges.

PER CURIAM. Judgment affirmed, with No. 4549. Costal v. U. S., 13 F.(2d) 843.